JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAVOSH ESHTERHARDI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MORGAN STANLEY SMITH BARNEY, LLC, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. CV 11-07866 RGK (JEMx)<br><br>**[~~PROPOSED~~] ORDER TO DISMISS ENTIRE ACTION**<br><br>Action Filed:  August 12, 2011 |

1 **[PROPOSED] ORDER**

2     Having considered the stipulation of the parties,

3     IT IS HEREBY ORDERED, that this matter be dismissed with prejudice,
4 pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and that each
5 party shall bear their own fees and costs.

6

7 Dated: November 13, 2012

8                       By: _____
9                           Honorable R. Gary Klausner

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28