JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAVOSH ESHTERHARDI,<br><br>            Plaintiff,<br><br>   v.<br><br>MORGAN STANLEY SMITH<br>BARNEY, LLC, and DOES 1-50,<br>inclusive,<br><br>            Defendants. | Case No. CV 11-07866 RGK (JEMx)<br><br>**[~~PROPOSED~~] ORDER TO<br>DISMISS ENTIRE ACTION**<br><br>Action Filed:  August 12, 2011 |

[PROPOSED] ORDER TO DISMISS ENTIRE ACTION
(CASE NO. CV 11-07866 RGK (JEMx))

OHSUSA:752206487.1

1

## **[PROPOSED] ORDER**

2    Having considered the stipulation of the parties,

3    IT IS HEREBY ORDERED, that this matter be dismissed with prejudice,

4  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and that each

5  party shall bear their own fees and costs.

6

7  Dated:  November 13, 2012

8                                By: _____

9                                    Honorable R. Gary Klausner

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO DISMISS ENTIRE ACTION
(CASE NO. CV 11-07866 RGK (JEMx))

OHSUSA:752206487.1